**ORIGINAL**

Person Filing: Melanie Beauchamp
Address (if not protected): 4425 East Agave Rd. #110
City, State, Zip Code: Phoenix Arizona 85044
Telephone: 602 315 1530
Email Address: melanie@cheveuxrx.com

Representing  [x] Self, without a Lawyer or  [ ] Attorney for  [ ] Plaintiff OR  [ ] Defendant

## SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY

Melanie E. Beauchamp
_____
Name of Plaintiff

And

Mary Kate Flaherty
_____
Name of Defendant

Case No.: CV2024-007044

**SUMMONS**

If you would like legal advice from a lawyer, Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO: Mary Kate Flaherty**
**Defendant**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this "Summons."

2. If you do not want a judgment or order taken against you without your input, you must file an "Answer" or a "Response" in writing with the court, and pay the filing fee. If you do not file an "Answer" or "Response" the other party may be given the relief requested in his/her Petition or Complaint. To file your "Answer" or "Response" take, or send, the "Answer" or "Response" to the:

- Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR
- Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR
- Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR
- Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

Mail a copy of your "Response" or "Answer" to the other party at the address listed on the top of this Summons.

3. If this "Summons" and the other court papers were served on you by a registered proce the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed with (20) CALENDAR DAYS from the date you were served, not counting the day you were se "Summons" and the other papers were served on you by a registered process server c outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAF the date you were served, not counting the day you were served. Service by a registe server or the Sheriff is complete when made. Service by Publication is complete thirty (3 the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the addres the top of the preceding page, from the Clerk of the Superior Court's Customer Service

- 601 West Jackson, Phoenix, Arizona 85003
- 18380 North 40th Street, Phoenix, Arizona 85032
- 222 East Javelina Avenue, Mesa, Arizona 85210
- 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to assigned to the case by the party needing accommodation or his/her counsel at least thre days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to assigned to the case by the party needing the interpreter and/or translator or his/her cou ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please judge assigned to your case. If you do not know your assigned judge, or have not been judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date

JEFF FINE, CLERK

CLERK OF SUPERIOR COURT

By: _____ APR - 1 2024
Deputy Clerk

In the Superior Court of the State of Arizona
In and for the County of _____

Case Number  CV2024-007044

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Is Interpreter Needed? ☐ Yes  x☒ No

If yes, what language(s): _____

COPY

MAR - 1 2024
CLERK OF THE SUPERIOR COURT
T. Spratt
DEPUTY CLERK

Plaintiff's Attorney  Melanie Beauchamp

Pro Per _____

Plaintiff's Name(s): (List all)        Plaintiff's Address:   Phone #:        Email Address:
Melanie Beauchamp 4425 East Agave Rd. Suite 110 Phoenix Arizona 85044       602 315 1530  melanie@cheveuxrx.com

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)
Mary Kate Flaherty

(List additional Defendants on page two and/or attach a separate sheet)

**RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:**
**IMPORTANT:** Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected. State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

x☒ Amount Claimed $5,000,000   ☐ Tier 1   ☐ Tier 2   ☐ Tier 3

**NATURE OF ACTION**
Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury*
☐ 102 Property Damage*
☐ 103 Wrongful Death*

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence*
☐ 112 Product Liability – Asbestos*
☐ 112 Product Liability – Tobacco*
☐ 112 Product Liability – Toxic/Other*
☐ 113 Intentional Tort*

Case No: _____

- ☐ 114 Property Damage*
- ☐ 115 Legal Malpractice*
- ☐ 115 Malpractice – Other professional*
- ☐ 117 Premises Liability*
- ☒ 118 Slander/Libel/Defamation*
- ☐ 119 Recovery of Damages under A.R.S. §12-514* (Please provide Plaintiff DOB ___/___/_____)
- ☐ 116 Other (Specify) _____*

## 120 MEDICAL MALPRACTICE:

- ☐ 121 Physician M.D.*
- ☐ 122 Physician D.O*
- ☐ 123 Hospital*
- ☐ 124 Other*

## 130 & 197 CONTRACTS:

- ☐ 131 Account (Open or Stated)*
- ☐ 132 Promissory Note*
- ☐ 133 Foreclosure*
- ☐ 138 Buyer-Plaintiff*
- ☐ 139 Fraud*
- ☐ 134 Other Contract (e.g., Breach of Contract)*
- ☐ 135 Excess Proceeds-Sale*
- ☐ Construction Defects (Residential/Commercial)*
- ☐ 136 Six to Nineteen Structures*
- ☐ 137 Twenty or More Structures*
- ☐ 197 Credit Card Debt (Maricopa County Filings Only)*

## 145 & 150-199 OTHER CIVIL CASE TYPES:

- ☐ 156 Eminent Domain/Condemnation*
- ☐ 151 Eviction Actions (Forcible and Special Detainers)*
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment

- ☐ 158 Quiet Title*
- ☐ 160 Forfeiture*
- ☐ 175 Election Challenge
- ☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)*
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)*
- ☐ 187 Real Property *
- ☐ 145 Special Action
- ☐ 194 Immigration Enforcement Challenge (A.R.S. §§1-501, 1-502, 11-1051)
- ☐ 199 Expungement
- ☐ 202 Out of State Restoration of Civil Rights
- ☐ 201 Seal Criminal Case Records (A.R.S. §13-911)

## 144 & 150-199 UNCLASSIFIED CIVIL:

- ☐ Administrative Review (See Lower Court Appeals cover sheet in Maricopa)
- ☐ 150 Tax Appeal (All other tax matters must be filed in the AZ Tax Court)
- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute – Other*
- ☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)*
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction

Case No: _____

- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance
- ☐ 174 In-State Deposition for Foreign Jurisdiction
- ☐ 176 Eminent Domain– Light Rail Only*
- ☐ 177 Interpleader– Automobile Only*
- ☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☐ 183 Employment Dispute – Discrimination*
- ☐ 185 Employment Dispute – Other*
- ☐ 198 Verified Rule 27(a) Petition*
- ☐ 196 Verified Rule 45.2 Petition
- ☐ 195(a) Amendment of Marriage License (Maricopa County Filings Only)
- ☐ 195(b) Amendment of Birth Certificate
- ☐ 200 Application/Motion Objecting to Foreign Subpoena
- ☐ 163 Other* _____
  (Specify)

Melanie Beauchamp
4425 East Agave Road Suite 110
Phoenix Arizona
602 315 1530
melanie@cheveuxrx.com



MAR - 1 2024
CLERK OF THE SUPERIOR COURT
T. Spratt
DEPUTY CLERK

IN THE SUPERIOR COURT IN THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPART

MELANIE BEAUCHAMP,

    Plaintiff,

vs.

MRY KATE FLAHERTY.

    Defendants.

Case No.: Number

CV2024-007044

COMPLAINT

Now comes Plaintiff Melanie E. Beauchamp ("Beauchamp") for her complaint against Mary Kate Flaherty ('Defendant"), hereby alleges as follows:

### PARTIES

1. Plaintiff Melanie Beauchamp ('Plaintiff") is an individual who resides in Maricopa County.

2. Defendant Mary Kate Flaherty has availed herself of jurisdiction of the State of Arizona by reaching out and asking Beauchamp for free product and asking for compensation to advertise her products on social media as an influencer.

### JURISDICTION AND VENUE

3. Jurisdiction in this court is proper pursuant to Article 6, § 14, Arizona 15| Constitution and ARS. § 12-123. Venue in this court is proper pursuant to ARS. § 12-401.

### FACTUAL ALLEGATIONS

4. On or about February 2024, Defendant reached out to Beauchamp and asked for products. Defendant received the product from Plaintiff as compensation for creating content and promoting the products as a social media influencer. Plaintiff provided the requested products to Defendant.

COMPLAINT - 1

5. The Parties agreed that Defendant would create social media content to be owned by Plaintiff in exchange for being compensated with product. Defendant was informed by Plaintiff that she was taking product in exchange for creating content, and that under 16 CFR section 255 she needed to make those disclosures to her followers. Defendant failed to make said disclosures.

6. Having experienced excellent results with the product, Defendant promoted the products on social media platforms to over 18,000 followers.

7. The relationship continued until Defendant became angry that Plaintiff only paid commissions to influencers, per the affiliate policy, and only if an affiliate used the Tapfiliate system to track sales back to Defendant. Defendant knew this but refused to use the tracking system.

8. On or about March 26, 2024, and thereafter, Defendant appeared on a TikTok live, and began disparaging Plaintiff and Plaintiff's business practices.

9. Prior to this time Defendant had never expressed any concern about the products including but not limited to issues of efficacy, benefits, quality, or customer service associated with the products.

10. After witnessing the enormous success of Plaintiff's Copper Peptides, Defendant and her agents increased and intensified a campaign of disparagement of the products and the Plaintiff, the actions were both tacit and overt on social media and via other methods of communication. Defendant's campaign of disparagement and harassment, even bullying is ongoing and continues to the date of the filing of this Complaint.

11. Defendant and her agents opened fake accounts on TikTok, to disparage, defame and harass. Defendant and her agents began disparaging the products by, for example, alleging that the pharmacy was not real amongst other falsities that included both libel and slander.

12. Much of the slander occurred during Defendants live streams where she would defame Plaintiff both directly and by innuendo.

13. Despite the Parties content creation agreement, Defendant demanded Plaintiff not use the agreed upon content. Defendant never returned the compensation (i.e. paid for the products) but argued that the content should be taken down.

14. On multiple occasions Plaintiff advised Defendant that she received free product and has to use the affiliate structure if she wanted commissions. This angered Defendant further, and she refused to follow the affiliate procedures.

COMPLAINT - 2

15. Defendant's defamation of Plaintiff was so extreme Tiktok Banned the live broadcast midstream. On March 26, 2024, Defendant put Plaintiff in a false light and asked her followers to quote. "Go after her board certifications." This inherently implies some unethical conduct or breach of professional duties.

16. In livestream Defendant also accused Plaintiff of "illegal" activity and made additional accusations and defamatory remarks. Defendants accused Plaintiff of copyright infringement.

17. Defendant has a history of such conduct on social media platforms. Plaintiff, therefore, seeks punitive damages and may seek to amend this Complaint.

18. Defendant and her agents appeared on social media asking about Plaintiff's sons and pulling public records of Plaintiff that had nothing to do with the business and publishing them with the intent to harm, harass and cause emotional and financial distress.

## Count 1
## False Light

By publishing on social media requests to "go after her board certifications," Defendant is placing Plaintiff in a false light and implying, some unethical conduct and/or, unprofessional conduct or breach of the state of care to pharmacy patients.

Defendant made misleading statements about the plaintiff, thereby creating a false impression, publishing the information on TikTok to over 18,000 followers that she knew was misleading and would create a false impression. This was done with reckless disregard for the truth when Defendant made the statement and has caused mental distress to the plaintiff, as well as significant business losses.

## Count 2
## Defamation

Defendant has defamed Plaintiff by directly and impliedly, communicating and publishing disparaging remarks about Plaintiff's reputation, business ethics, money management and products.

Defendant knew these statements were false because the Parties, until now, had made good on their agreement. Defendant made the statement to harm Plaintiff's reputation and Defendant published that statement to over 18,000 people. This caused injury to Plaintiff, her reputation and income. Defendant defamed plaintiff, in written statements (libel), and spoken statements (slander).

COMPLAINT - 3

## Count 3
### Business Disparagement

Defendant has committed business disparagement by openly and implicitly publishing on social media to over 18,000 recipients' misinformation about Plaintiff and her products. Defendant provides many reasons to discontinue use of Plaintiff's products and these reasons are constantly changing. For example, Defendant alleges/questions the integrity of products. Other reasons included but are not limited to alleged product deficiencies, alleged product tampering, Defendant just does not like Plaintiff and as punishment for Plaintiff's policy of affiliate tracking for payment commissions Defendant, lashed out publicly.

Defendant knew the information was false when published and acted with malice and/or reckless disregard for the truth of the statements, thereby causing Plaintiff to suffer damages. Defendant knew the statements would injure sales, cause subscriptions to be canceled and cause an increase in requests for returns. Defendant encouraged 18,000 people to file complaints against Plaintiff, cancel subscriptions, request returns and stop buying the product.

## Count 4
### Intentional and Negligent Infliction of Emotional Distress

The actions of Defendant and her agents were extreme and outrageous with the intention of causing, or reckless disregard of the probability of causing, emotional distress to Plaintiff. Plaintiff has suffered severe, extreme emotional distress and Defendant's outrageous conduct was the actual and proximate causation of the emotional distress.

## **PRAYER FOR RELIEF**

Beauchamp prays for relief as follows:

A. Nominal damages;

B. Compensatory damages, including general, actual, pecuniary, consequential, and special damages, in an amount to be determined at trial;

C. Punitive damages of not less than $5,000,000.

D. Reasonable and necessary attorneys' fees;

E. Reasonable and necessary costs of suit;

F. Prejudgment and post-judgment interest at the highest lawful rates;

COMPLAINT - 4

G. Declaratory relief stating that the defamatory statements authored, published, and otherwise made by the defendants identified within this complaint, individually and collectively, were and are false;

H. Injunctive relief enjoining Defendants to remove the false and defamatory portions of the statements about Beauchamp from any website and/or social media accounts under their control or under the control of parties in privity with Defendants.

I. Such other and further relief as this Court deems just and appropriate.

### Jury Demand

Beauchamp demands a jury trial of all issues so triable.

Dated this 18 day of April 2024.

By: _____
Melanie Beauchamp

ORIGINAL of the foregoing hand delivered.
This 18 day of April 2024
with the Clerk of Court:

Maricopa County
Southeast Judicial Facility
222 Javelina Avenue
Mesa Arizona 85210

COMPLAINT - 5

Person Filing: Melanie Beauchamp
Address (if not protected): 4425 East Agave Rd, Suite 110
City, State, Zip Code: Phoenix Arizona 85044
Telephone: 602 315 1530
Email Address: melanie@cheveuxrx.com
Pro Per

Representing  [x] Self, without a Lawyer  or  [ ] Attorney for  [ ] Plaintiff  OR  [ ] Defendant

FOR CLERK'S USE ONLY
COPY
MAR - 1 2024
CLERK OF THE SUPERIOR COURT
Cpratt
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Melanie Beauchamp

PLAINTIFF,

vs.

Mary Kate Flaherty

DEFENDANT.

Case Number: CV2024-007044

**CERTIFICATE OF COMPULSORY ARBITRATION**

*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you **DO NOT** need to file this form.

[ ] The undersigned certifies that this case is (Please check **ONLY** one option below):
**Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

[x] **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:

SUBMITTED this 1ST day of April, 2024.

SIGNATURE _(signed)_

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 1

CV03f 120319